UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
DEHAAN, JESSICA M.

Case No.: 16-31978-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

**NOTICE OF PROPOSED ABANDONMENT**

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on January 31, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 115 MADISON STREET, DEEPWATER, NJ<br>(FMV $69,000.00 - Deepwater)<br>272 B STREET, CARNEYS PT, NJ<br>(FMV$60,000.00 - Carneys Point) |
|---|---|

| Liens on property: | $202,340.00 - US Bank Nat'l (Deepwater)<br>$1,867.00 - FIG Capital Invest (Deepwater)<br>$695.00 - Twp of Pennsville (Deepwater)<br>$63,433.00 - M & T Bank (Carneys Point)<br>$1,233.00 - Carneys Point Tax Office |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                              Case No. 16-31978-JNP
Jessica M. DeHaan                                                                   Chapter 7
          Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Dec 21, 2016
                              Form ID: pdf905              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db            +Jessica M. DeHaan,    PO Box 396,    Deepwater, NJ 08023-0396
516504434     +AMO Recoveries,    5655 Peachtree Parkway, Suite 213,    Norcross, GA 30092-2828
516504436    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     Aka Fia Card Services,     PO Box 982235,
              El Paso, TX 79998-2235)
516504437     +BTD RAD at Salem,    PO Box 11028,    Lancaster, PA 17605-1028
516504438     +BYL Collection Services,    PO Box 1317,    Malvern, PA 19355-0657
516504439     +Cape Regional Medical Center,    c/o NPAS, Inc.,    PO Box 99400,    Louisville, KY 40269-0400
516504440      Capital One,    Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
516504441     +Carney’s Point Tax Office,    303 Harding Highway,    Penns Grove, NJ 08069-2248
516504442     +Carneys Point Township Sewerage Authorit,     303 Harding Highway,    Penns Grove, NJ 08069-2248
516504443     +Central Credit Services LLC,    20 Corporate Hills Drive,    Saint Charles, MO 63301-3749
516504444     +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
516504445    +++Christiana Care,    501 W.14th Street,    Wilmington, DE 19801-1038
516504446     +Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
516504448     +Dept. Of Education Nel Net,    3015 Parker road, Suite 400,    Aurora, CO 80014-2904
516504451     +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
516504452     +Lakeview Loan Servicing, LLC,    4425 Ponce DeLeon Blvd.,    Mail Stop Ms5/251,
               Coral Gables, FL 33146-1837
516504453     +Lauren Keating,    Lyons Doughty and Veldhuis,    136 Gaither Drive, Suite 100,
               Mount Laurel, NJ 08054-2239
516504454     +Lesley Buckelew,    272 B Street,    Carney’s Point, NJ 08069-2324
516504461     +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
516504457     +Maternity and Women’s Health,    2601 Annand Drive,    Heritage Professional Bldg 14,
               Wilmington, DE 19808-3719
516504458      Medical Diagnostic Laboratories,    2439 Huser Road,    Trenton, NJ 08690
516504460     +Memorial Hospital of Salem County,    PO Box 503899,    Saint Louis, MO 63150-3899
516504459     +Memorial Hospital of Salem County,    c/o Medical Revenue Service,    645 Walnut Street, Suite 5,
               Gadsden, AL 35901-4173
516504462     +Nationwide Credit,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516504463      Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
516504464     +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516504467     +Professional Account Services,    7100 Commerce Way, Suite 100,    Brentwood, TN 37027-6935
516504468     +Richard Boultinghouse,    Office, NJ Superior Court,    PO Box 38,    Woodstown, NJ 08098-0038
516504469     +South Jersey HS Emg Phys Sv, PA,    Akron Billing Center,    3585 Ridge Park Drive,
               Akron, OH 44333-8203
516504470     +Stephen DeHaan,    225 E. Cresse Avenue, Apt. 3,    Wildwood, NJ 08260-4415
516504471     +Stephen R. DeHaan,    225 E. Cresse Avenue, Apt. 3,    Wildwood, NJ 08260-4415
516504472     +Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
516504474     +TD Auto Finance, LLC,    c/o Lauren Keating,    Lyons Doughty and Veldhuis,
               136 Gaither Drive, Suite 100,    Mount Laurel, NJ 08054-2239
516504475     +Township of Pennsville,    Office of the Tax Collector,    90 N. Broadway,
               Pennsville, NJ 08070-1750
516504476     +U.S. Bank National Association,    c/o RAS Citron, LLC,    130 Clinton Road, #202,
               Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2016 23:05:44      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2016 23:05:42      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516504435      E-mail/Text: baninfo@princeparker.com Dec 21 2016 23:05:16      Anesthesia Services, PA,
               c/o Prince-Parker & Associates,    PO Box 474690,    Charlotte, NC 28247-4690
516504447    ++E-mail/Text: Umesh.Patil@credencerm.com Dec 21 2016 23:06:42      Credence Resource Management,
               17000 Dallas Parkway, Suite 204,    Dallas, TX 75248-1940
516504449    ++E-mail/Text: clientrep@capitalcollects.com Dec 21 2016 23:07:06      Elmer Family Practice,
               c/o Capital Collection Service,    PO Box 150,    West Berlin, NJ 08091-0150
516504450    ++E-mail/Text: ar@figadvisors.com Dec 21 2016 23:06:20       FIG Capital Investments, LLC,
               8323 Ramona Blvd W.,    Jacksonville, FL 32221-1386
516504455    ++E-mail/Text: ebn@ltdfin.com Dec 21 2016 23:05:22      LTD Financial Services,
               7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
516504456      E-mail/Text: camanagement@mtb.com Dec 21 2016 23:05:22      M & T Bank,    PO Box 900,
               Millsboro, DE 19966
516504466      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:43
               Portfolio Recovery Associates,    120 corporate Blvd,    Norfolk, VA 23502
516504465     +E-mail/Text: dee@pendrickcp.com Dec 21 2016 23:06:19      Pendrick Capital Partners II, LLC,
               Attn: Customer Service,    79 Warren Street, Suite 2c,    Glens Falls, NY 12801-4551
516504473     +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:50       Synchrony Bank,
               Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

```
District/off: 0312-1            User: admin                 Page 2 of 2                 Date Rcvd: Dec 21, 2016
                                Form ID: pdf905             Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
              Jill T. Bryan    on behalf of Debtor Jessica M. DeHaan  jtb.assistant1@verizon.net
                                                                                             TOTAL: 2