**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jessica M. DeHaan** | Social Security number or ITIN  **xxx–xx–0812** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **16–31978–JNP**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jessica M. DeHaan

2/24/17

**By the court:**  Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 16-31978-JNP
Jessica M. DeHaan                                                       Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Feb 24, 2017
                               Form ID: 318                 Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db             +Jessica M. DeHaan,    PO Box 396,    Deepwater, NJ 08023-0396
516504434      +AMO Recoveries,    5655 Peachtree Parkway, Suite 213,    Norcross, GA 30092-2828
516504437      +BTD RAD at Salem,    PO Box 11028,    Lancaster, PA 17605-1028
516504438      +BYL Collection Services,    PO Box 1317,    Malvern, PA 19355-0657
516504439      +Cape Regional Medical Center,    c/o NPAS, Inc.,    PO Box 99400,    Louisville, KY 40269-0400
516504441      +Carney’s Point Tax Office,    303 Harding Highway,    Penns Grove, NJ 08069-2248
516504442      +Carneys Point Township Sewerage Authorit,    303 Harding Highway,    Penns Grove, NJ 08069-2248
516504443      +Central Credit Services LLC,    20 Corporate Hills Drive,    Saint Charles, MO 63301-3749
516504445     +++Christiana Care,    501 W.14th Street,    Wilmington, DE 19801-1038
516504448      +Dept. Of Education Nel Net,    3015 Parker road, Suite 400,    Aurora, CO 80014-2904
516504451      +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
516504452      +Lakeview Loan Servicing, LLC,    4425 Ponce DeLeon Blvd.,    Mail Stop Ms5/251,
                 Coral Gables, FL 33146-1837
516504453      +Lauren Keating,    Lyons Doughty and Veldhuis,    136 Gaither Drive, Suite 100,
                 Mount Laurel, NJ 08054-2239
516504454      +Lesley Buckelew,    272 B Street,    Carney’s Point, NJ 08069-2324
516504461      +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
516504457      +Maternity and Women’s Health,    2601 Annand Drive,    Heritage Professional Bldg 14,
                 Wilmington, DE 19808-3719
516504458       Medical Diagnostic Laboratories,    2439 Huser Road,    Trenton, NJ 08690
516504460      +Memorial Hospital of Salem County,    PO Box 503899,    Saint Louis, MO 63150-3899
516504459      +Memorial Hospital of Salem County,    c/o Medical Revenue Service,    645 Walnut Street, Suite 5,
                 Gadsden, AL 35901-4173
516504462      +Nationwide Credit,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516504463       Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
516504464      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516504467      +Professional Account Services,    7100 Commerce Way, Suite 100,    Brentwood, TN 37027-6935
516504468      +Richard Boultinghouse,    Office, NJ Superior Court,    PO Box 38,    Woodstown, NJ 08098-0038
516504469      +South Jersey HS Emg Phys Sv, PA,    Akron Billing Center,    3585 Ridge Park Drive,
                 Akron, OH 44333-8203
516504470     #+Stephen DeHaan,    225 E. Cresse Avenue, Apt. 3,    Wildwood, NJ 08260-4415
516504471     #+Stephen R. DeHaan,    225 E. Cresse Avenue, Apt. 3,    Wildwood, NJ 08260-4415
516504472      +Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
516504474      +TD Auto Finance, LLC,    c/o Lauren Keating,    Lyons Doughty and Veldhuis,
                 136 Gaither Drive, Suite 100,    Mount Laurel, NJ 08054-2239
516504475      +Township of Pennsville,    Office of the Tax Collector,    90 N. Broadway,
                 Pennsville, NJ 08070-1750
516504476      +U.S. Bank National Association,    c/o RAS Citron, LLC,    130 Clinton Road, #202,
                 Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2017 23:19:02      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2017 23:18:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516504435       E-mail/Text: baninfo@princeparker.com Feb 24 2017 23:18:41      Anesthesia Services, PA,
                 c/o Prince-Parker & Associates,    PO Box 474690,    Charlotte, NC 28247-4690
516504436       EDI: BANKAMER.COM Feb 24 2017 23:13:00      Bank of America,   Aka Fia Card Services,
                 PO Box 982235,    El Paso, TX 79998-2235
516504440       EDI: CAPITALONE.COM Feb 24 2017 23:13:00      Capital One,   Bankruptcy Dept.,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
516504444      +EDI: CHASE.COM Feb 24 2017 23:13:00      Chase Bank,   PO Box 15298,    Wilmington, DE 19850-5298
516504446      +EDI: WFNNB.COM Feb 24 2017 23:13:00      Comenity Bank,   Bankruptcy Department,   PO Box 182125,
                 Columbus, OH 43218-2125
516504447      +E-mail/Text: Umesh.Patil@credencerm.com Feb 24 2017 23:19:41      Credence Resource Management,
                 17000 Dallas Parkway, Suite 204,    Dallas, TX 75248-1940
516504449      +E-mail/Text: clientrep@capitalcollects.com Feb 24 2017 23:19:54      Elmer Family Practice,
                 c/o Capital Collection Service,    PO Box 150,    West Berlin, NJ 08091-0150
516504450      +E-mail/Text: ar@figadvisors.com Feb 24 2017 23:19:22      FIG Capital Investments, LLC,
                 8323 Ramona Blvd W.,    Jacksonville, FL 32221-1387
516504455      +EDI: LTDFINANCIAL.COM Feb 24 2017 23:13:00      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
516504456       E-mail/Text: camanagement@mtb.com Feb 24 2017 23:18:48      M & T Bank,   PO Box 900,
                 Millsboro, DE 19966
516504466       EDI: PRA.COM Feb 24 2017 23:08:00      Portfolio Recovery Associates,    120 corporate Blvd,
                 Norfolk, VA 23502
516504465      +E-mail/Text: dee@pendrickcp.com Feb 24 2017 23:19:21      Pendrick Capital Partners II, LLC,
                 Attn: Customer Service,    79 Warren Street, Suite 2c,    Glens Falls, NY 12801-4551
516504473      +EDI: RMSC.COM Feb 24 2017 23:13:00      Synchrony Bank,   Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 15
```

```
District/off: 0312-1          User: admin                Page 2 of 2                   Date Rcvd: Feb 24, 2017
                              Form ID: 318               Total Noticed: 46
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Andrew  Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill T. Bryan    on behalf of Debtor Jessica M. DeHaan jtb.assistant1@verizon.net
                                                                                             TOTAL: 3
```